Motion (63) is **GRANTED** and the deadline for Plaintiff to respond to Defendant's Motion for Summary Judgment is extended to **August 9, 2024.** The reply deadline is extended to **August 23, 2024.**

*Waverly D. Crenshaw, Jr.*
US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| KRISTEN DEITER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:22-cv-00030 |
| v. | ) | |
| | ) | Chief Judge Waverly D. Crenshaw, Jr. |
| TENNESSEE TECHNOLOGICAL UNIVERSITY, | ) ) | Magistrate Judge Alistar E. Newbern |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Kristen Deiter submits this Unopposed Motion asking that the Court extend the deadline to submit her response to the Motion for Summary Judgment filed by Defendant Tennessee Technological University. (D.E. 53). The operative order governing the deadlines in this case is the January 11, 2024 Case Management Order. (D.E. 49). That Order states "[r]esponses to dispositive motions shall be filed within 28 days after the filing of the motion." (D.E. 49, at p. 2). Defendant filed its Motion for Summary Judgment on June 28, 2024. (D.E. 53). Accordingly, pursuant to the Case Management Order, Plaintiff's current response deadline is July 26, 2024.

Due to family medical procedures unforeseeable at the time the parties submitted the proposed Case Management Order, Plaintiff's counsel requires additional time to respond to the Motion for Summary Judgment and respectfully requests that the response deadline be extend two weeks, to August 9, 2024. While the extension would necessitate an equal extension of the reply deadline – to August 23, 2024 – Plaintiff submits that the additional time would not affect the target trial date nor prejudice the parties. Pursuant to Local Rule of Practice 7.01(a)(1), counsel for