UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| KRISTEN DIETER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:22-cv-00030 |
| | ) |
| TENNESSEE TECHNOLOGICAL UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant shall respond to Plaintiff's Motion in Limine No. 7 (Doc. No. 114) by 6:00 p.m. today, **December 5, 2024.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE