UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| KRISTEN DEITER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 2:22-cv-00030 |
| | ) |
| TENNESSEE TECHNOLOGICAL UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court hereby **REFERS** Plaintiff's Motion for Award of Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. No. 132) to the Magistrate Judge assigned to this case for preparation of a Report and Recommendation.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE